UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEVADA WALKER

Plaintiff,

                                              CIVIL ACTION
                                              FILE NO.8:14-cv-00588

v.

TRANSWORLD SYSTEMS, INC

        Defendant.

_____/

**CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff NEVADA WALKER by and through the undersigned counsel, and hereby files this Concise Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment and herein states as follows:

**CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS**

1) In 2008, Plaintiff was assigned number 727-421-1721 by her cell phone provider. *[Affidavit of Nevada Walker, at Paragraph 3 ].*

2) From January 1, 2008 through and including December 1, 2012, Plaintiff was in possession and control of a cell phone assigned number 727-421-1721. *[Affidavit of Nevada Walker, at Paragraph 4 ].*

3)     Defendant called Plaintiff's cellular telephone number 727-421-1721 at least seventy-seven times. *[Defendant's Supplemental Response to Interrogatory # 8 ].*

4)     Defendant called Plaintiff's cellular telephone number 727-421-1721 using its "LiveVox" phone dialing system [*Defendant's Supplemental Response to Interrogatory # 8*]

5)     "LiveVox" is a system that uses predictive dialing and is an autodialer as defined by the FCC. [*Declaration of Lisa Wilcox , at Paragraph 2 ].*

6)     At the time that Defendant made the calls to Plaintiff's cell phone, Defendant was attempting to collect a medical debt from Plaintiff on behalf of Defendant's client, dental creditor Forster, Davis Roberts & Boeller. " [*Defendant's Supplemental Response to Interrogatory # 3]* **Plaintiff had health insurance at the time and Defendant provided dental services to Plaintiff, as the dental office was on Plaintiff**'s list of providers.

7)     Plaintiff sought no credit from said dentist. *[Affidavit of Nevada Walker].*

8)     Plaintiff did not receive any services from said dentist on an installment plan. Said dentist did not advise Plaintiff that there would be any billing on account of Plaintiff's health insurance. *[Affidavit of Nevada Walker].*

9)     Plaintiff was not informed that her personal contact information, including cell phone number, would be transmitted to any third party. *[Affidavit of Nevada Walker,].*

10) Plaintiff was not provided with any notification that dental office or any third party collectors would seek to call her cell phone with an automated dialer. *[Affidavit of Nevada Walker ].*

11) Plaintiff was not advised nor did she have any notice that the underlying dental office or any third party collectors would be contacting her in regards to an alleged debt. *[Affidavit of Nevada Walker ].*

12) At all times material and relevant to this action, Defendant lacked Plaintiff's consent to make the complained of calls to Plaintiff's cell phone. *[Affidavit of Nevada Walker, at Paragraph 3]*

13) Defendant acquired the Plaintiffs' cell phone number through an unverified source, without any evidence of consent nor even a good faith basis to believe that consent ever existed. *[Defendant's Response to Plaintiff's Request for Production]*

14) Plaintiff not only refused to consent to the complained of calls, but also specifically told Defendant to stop calling Plaintiff's cell phone(s) from the inception of Defendant's auto-dialing campaign against Plaintiff. *[Affidavit of Nevada Walker, at Paragraph 6-9]*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **October 6, 2014**I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to Defendant's counsel.

By: **/s/ Lisa Wilcox**
_____
Lisa R. Wilcox, Esquire
FBN: 697291
Wilcox Law, P.A.
721 First Avenue North, Suite 100
St. Petersburg, Florida 33701
888-945-2695
lisa@wilcoxlawpa.com

_____ **/s/W. John Gadd**
W. John Gadd
FL Bar Number 0463061
Bank of America Building
2727 Ulmerton Rd. Ste. 250
Clearwater, FL 33762
Tel – (727)524-6300
Email – wjg@mazgadd.com