# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NEVADA WALKER,

      Plaintiff,

v.                                Case No. 8:14-cv-0588-JSM-MAP

TRANSWORLD SYSTEMS, INC.,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                Respectfully submitted,

                                /s/ Dayle M. Van Hoose
                                Dayle M. Van Hoose, Esq.
                                Florida Bar No. 0016277
                                Rachel A. Morris, Esq.
                                Florida Bar No. 0091498
                                Abigail S. Pressler, Esq.
                                Florida Bar No. 0098072
                                Sessions, Fishman, Nathan & Israel, L.L.C.
                                3350 Buschwood Park Drive, Suite 195
                                Tampa, FL 33618
                                Telephone:   (813) 890-2463
                                Facsimile:   (866) 466-3140
                                dvanhoose@sessions-law.biz

        ramorris@sessions-law.biz
        apressler@sessions-law.biz

        James K. Schultz, Esq.
        Illinois Bar No. 6243838
        *Admitted Pro Hac Vice*
        Sessions, Fishman, Nathan & Israel, L.L.C.
        120 South LaSalle Street, Suite 1960
        Chicago, IL 60603
        Telephone: (312) 578-0990
        Facsimile: (312) 578-0991
        jschultz@sessions-law.biz

        Attorneys for Defendant,
        Transworld Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of April 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Lisa R. Wilcox, Esq.
Wilcox Law, PA
721 First Avenue North, Suite 100
St. Petersburg, FL  33701

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762

/s/ Dayle M. Van Hoose
Attorney